UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SERGIO NUNEZ,  )
  )
      Petitioner,  )
v.  )  No. 1:11-cv-454-JMS-DML
  )
ALAN FINNAN,  )
  )
      Respondent.  )

## Entry Discussing Motion to Dismiss

In a prison disciplinary proceeding identified as No. ISR 10-01-0048, Sergio Nunez was found guilty of violating prison rules and was sanctioned. The sanctions ultimately imposed for this misconduct did not, however, result in the imposition of "custody" for purposes of seeking habeas corpus relief, *i.e.,* a sanction which affected the fact or duration of his confinement. A sanction which does not constitute "custody" cannot be challenged in an action for habeas corpus relief. *Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004) (per curiam); *Montgomery v. Anderson,* 262 F.3d 641, 644-45 (7th Cir. 2001).

The respondent's motion to dismiss [10] is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  08/15/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana